IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KEITH STILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:11cv141-MHT |
| DR. JEAN DARBOUZE, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motions for summary judgment (doc. nos. 7 & 8) filed by defendants Jean Darbouze, Correctional Medical Services, and Alabama Department of Corrections are granted.

(2) Judgment is entered in favor of defendants Darbouze, Correctional Medical Services, and Alabama Department of Corrections and against plaintiff Keith Still, with plaintiff Still taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Still, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of March, 2014.

                                                 /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE